# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEB ENVIRONMENTAL TECHNOLOGIES, INC.,** : | CIVIL ACTION NO. 4:16-CV-702 |
| : | |
| : | **(Chief Judge Conner)** |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **EMS USA, INC.,** : | |
| : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 30th day of May, 2017, upon consideration of plaintiff's motion (Doc. 17) for dismissal of the above-captioned matter pursuant to Federal Rule of Civil Procedure 41(a)(2), see FED. R. CIV. P. 41(a)(2), and the court finding that the requested dismissal is proper and that defendant will suffer no prejudice as a result, see id., it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 17) for dismissal is GRANTED.

2. The above-captioned action is DISMISSED without prejudice.

          /S/ CHRISTOPHER C. CONNER
          Christopher C. Conner, Chief Judge
          United States District Court
          Middle District of Pennsylvania